UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| GRANGE MUTUAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FIVE STAR ROOFING SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Case No. 5:24-cv-44-BJB |

**JOINT STATUS REPORT**

Plaintiff, Grange Mutual Casualty Company, and Defendant, Five Star Roofing Systems, Inc., by and through their respective counsel, submit this Joint Status Report pursuant to the Court's scheduling order.

The parties continue to work cooperatively to address any lingering discovery issues. Progress is being made between the parties, specifically Plaintiff's responses to Defendant's first requests for discovery, though delayed are anticipated this week, and Defendant's responses to Plaintiff's requests for Defendant's supplemental responses to Plaintiff's first discovery requests are also pending. The parties anticipate that these responses will be completed soon and remain committed to resolving any outstanding discovery issues in a timely manner.

Additionally, the parties have identified several witnesses to be deposed and are working to schedule their depositions. Nevertheless, the parties require additional time to finalize a list of all persons to be deposed and to schedule these depositions.

Given the ongoing nature of discovery and the need to coordinate multiple schedules, the parties jointly request an additional ninety (90) days to schedule the known deponent's

depositions, to finalize a list of the remaining deponents, and to schedule and conduct these necessary depositions.

    The parties will continue to confer and will update the Court as needed regarding the status of discovery and any further scheduling matters.

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan M. Hodge | /s/ Michael T. Davis |
| Jonathan M. Hodge | Michael T. Davis |
| 320 Whittington Parkway, Suite 215 | Moore Davis Starnes & Bliss PLLC |
| Louisville, KY 40222 | 444 W Second Street |
| 502-410-91570 | P.O. Box 360 |
| jhodge@hsplawpartners.com | Lexington, KY 40588 |
| *Counsel for Plaintiff* | mdavis@mdsblaw.com |
| | *Counsel for Defendant* |